UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

------------------------------------------------------------x
                                                            :
In re:  Application of ALIX AM PTE LTD, for an    :   Case No. _____
Order to Conduct Discovery for Use in a Foreign   :
Legal Proceeding, Pursuant to 28 U.S.C. §1782     :
                                                            :
------------------------------------------------------------x

*EX PARTE* APPLICATION AND PETITION FOR AN ORDER
TO CONDUCT DISCOVERY FOR USE IN
FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. §1782

Petitioner, Alix AM Pte Ltd ("Petitioner"), pursuant to 28 U.S.C. § 1782 and Federal Rules of Civil Procedure 26, 30, 34 and 45, respectfully applies to this Court for an order in the form annexed as Exhibit 1 to the accompanying Declaration of Leonard A. Rodes dated August 16, 2021 (the "Rodes Declaration") authorizing Petitioner to take discovery for use in proceedings that have been initiated in the High Court of Justice, Commercial Division, of the Eastern Caribbean Supreme Court, Virgin Islands (the "BVI Court") by serving two subpoenas upon EFG (as defined in the subpoenas), in the forms annexed to the Rodes Declaration as its Exhibits 2 and 3.  In support of its application and petition, Petitioner submits, in addition to the Rodes Declaration and its exhibits, the accompanying Memorandum of Law.

Dated: August 16, 2021           THE RODES FIRM PLLC
                                 Attorneys for Petitioner

                                 By: _____
                                     Leonard A. Rodes (Fl. Bar No. 1002583)
                                     LRodes@rodeslaw.com
                                 946 West Shore Rd.
                                 Oyster Bay, New York  11771
                                 (212) 972-1357