# Exhibit 6

# Annual Report 2020



EFG — Entrepreneurial thinking. Private banking.

# Key figures

## Assets under Management
in CHF billion

**158.8**

## AuM evolution
in CHF billion



| 2018 | 2019 | 2020 |
|---|---|---|
| 131.2 | 153.8 | 158.8 |

## Net new asset growth rate



**5.5%**

## NNA growth evolution
in CHF billion



| 2018 | 2019 | 2020 |
|---|---|---|
| (2.1) | 5.2 | 8.4 |

## IFRS net profit
year-on-year increase

**22%**

## IFRS net profit evolution
in CHF million



| 2018 | 2019 | 2020 |
|---|---|---|
| 70.3 | 94.2 | 115.3 |

# About EFG

EFG International is a global private banking group offering private banking and asset management services and is headquartered in Zurich. Its registered shares (EFGN) are listed on the SIX Swiss Exchange.

As a leading Swiss private bank, EFG International has a presence in major financial centres and growth markets. It has strong roots in Switzerland, with Zurich, Geneva and Lugano serving as key hubs for the governance and operation of the bank.
EFG International operates in around 40 locations worldwide, with a network spanning Europe, Asia Pacific, the Americas and the Middle East.

EFG International is a financial partner that offers security and solidity. An entrepreneurial spirit has shaped the bank since it was established in 1995, enabling it to develop hands-on solutions and to build long-lasting client relationships.

# EFG in short

# EFG in short

As a global private banking group, EFG's strategy builds on its core strengths – effectively combining local knowhow with a global network, strong client focus and a comprehensive and impartial product and service offering. EFG has a strong risk management and regulatory compliance framework to ensure sustainable long-term growth. It serves its clients through five business regions, which are supported by two global divisions specialising in investment expertise and products and services. EFG's business regions and global divisions work together closely to provide clients with financial solutions that are tailored to their individual needs and financial objectives.

**Switzerland & Italy**
Reflecting Switzerland's position as one of the world's wealthiest nations and as one of the largest offshore booking centres globally, EFG's Switzerland & Italy Region offers comprehensive financial solutions to private clients and Independent Asset Managers, focusing on both offshore and onshore target markets. Through its three hubs in Zurich, Geneva and Lugano, EFG primarily serves high-net-worth and ultra-high-net-worth clients in its Swiss domestic market as well as international markets, focusing on the Middle East, CEE/CIS and Southern Europe.

**Continental Europe & Middle East**
Through its private banking business with booking centres in Luxembourg, Monaco and Spain, EFG offers clients comprehensive investment services, leveraging its global network of experts and tailored local capabilities, including a Sharia-compliant investment offering. EFG serves wealthy clients in Continental Europe, including Southern Europe and CEE/CIS, as well as the Middle East. Through its presence in Bahrain and Dubai, it offers advisory services to the region's high-net-worth client segment.

**Asia Pacific**
As one of the fastest growing wealth management markets, Asia Pacific offers significant growth potential, which EFG is well positioned to capture with its two licensed banking subsidiaries in Hong Kong and Singapore. It also has a majority stake in the Australian financial services provider Shaw and Partners. In Asia Pacific, EFG offers tailor-made solutions, including investment finance and wealth planning solutions, to high-net-worth individuals and Independent Asset Managers in the region, focusing on both onshore and offshore target markets, including the Non-Resident Indian segment and the Australian onshore market.

**UK**
With its fully licensed banking subsidiary in the UK, EFG is well positioned as an agile and solutions-oriented pure-play private bank in this complex and ever-changing market. Leveraging its expertise in discretionary portfolio management, real-estate-backed lending and wealth planning solutions, as well as its close collaboration with the global Investment Solutions division, EFG offers customised onshore and offshore private banking services to wealthy UK and international clients, in particular from CEE/CIS and the Middle East.

**Latin America**
With a hub in Miami, the main wealth management centre for international clients in Latin America, as well as two booking centres in the region, EFG offers a wide range of private banking, US broker-dealer and custody services to private clients and Independent Asset Managers in the region. Together with EFG's in-house experts and a dedicated trading team focused on Latin America fixed income, the regional business provides clients with a local product offering.

**Investment Solutions & Global Markets**
EFG offers clients market-specific advice with local know-how and has global units that are focused on investment solutions and trading. EFG's Investment Solutions unit provides comprehensive asset management activities – such as those for actively managed investment solutions, ranging from equity and fixed income portfolios to multi-asset strategies – and works closely with Client Relationship Officers (CROs) to offer guidance on advisory mandates and specific investment solutions. In addition, EFG's Global Markets unit – its global trading business which spans EFG's main regions – supplies services for sophisticated private clients, institutional clients and external asset managers.