# Petitioner's Exhibit 10



**AUGUST 16, 2021**

# Alix AM Pte Ltd. v. EFG International AG: Discovery Application

Application by Alix AM Pte Ltd., of Singapore, to take discovery from EFG International AG, of Miami, Florida, for use in legal proceedings in the British Virgin Islands that it has filed against Agriculture Investment Group Corp. and 13 other defendants, including those in the Bahamas, Belize, British Virgin Islands, Monaco, and Uruguay,

**PAGES:**

85

**DATE:**

August 16, 2021

**DEFENDANT(S)/RESPONDENT(S):**

EFG International AG

**PLAINTIFF ATTORNEY(S):**

The Rodes Firm <https://www.offshorealert.com/attorney/the-rodes-firm/> , Leonard Rodes <https://www.offshorealert.com/attorney/leonard-rodes/>

**CASE NUMBER:**

Xx Xx Xx

**TOPIC:**

Litigation <https://www.offshorealert.com/category/topics/litigation/>

**PLAINTIFF(S)/APPLICANT(S):**

Alix AM Pte Ltd.