UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22954-MC-MARTINEZ

IN RE: APPLICATION OF
ALIX AM PTE LTD.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** is before this Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice (the "Notice"), (ECF No. 24). This Court has reviewed the Notice and pertinent portions of the record and is otherwise fully advised in the premises. Accordingly, it is:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice,** all pending motions in this case are **DENIED** as **MOOT**, and this case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21 day of October, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record